IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MERALOC, LLC | § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 2:16-cv-00903 |
| v. | § § | |
| HARBOR FREIGHT TOOLS USA, INC. | § § | LEAD CASE 16-cv-902 |
| Defendant. | § § | |

## ORDER OF DISMISSAL WITH PREJUDICE

In consideration of the Notice of Dismissal with Prejudice Pursuant to Rule 41(a)(1)(A)(i) of all claims asserted by Plaintiff Meraloc, LLC ("Plaintiff") against Defendant Harbor Freight Tools USA, Inc. ("Defendant"), the Notice for Voluntary Dismissal with Prejudice is GRANTED, and it is ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit by Plaintiff against Defendant, are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees, expenses, and costs are to be borne by the party that incurred them.

**SIGNED this 7th day of November, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE